COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name: Shatish Patel, M.D., Hemalatha Vijayan, M.D., Subodh Sonwalkar, M.D., Wolley Oladut M.D. **V.** St. Luke's Sugar Land Partnership, L.L.P. and St. Luke's Community Development Corporation-Sugar Land

Appellate case number: 01-13-00273-CV

Trial court case number: 2011-24016

Trial court: 152nd District Court of Harris County

Date motion filed: November 22, 2013

Party filing motion: St. Luke's Sugar Land Partnership, L.L.P. and St. Luke's Community Development Corporation-Sugar Land

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Michael Massengale
        ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justice Keyes, Higley, and Massengale

Justice Keyes dissents from the denial of rehearing.

Date: January 27, 2014